## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRENDA TRIPICCHIO,<br>On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD NAVY, LLC; OLD NAVY (APPAREL) LLC; OLD NAVY HOLDINGS, LLC; GPS SERVICES, INC.; THE GAP, INC.; and DOES 1-20<br><br>Defendants. | **CIVIL ACTION NO. 1:20-CV-01418-RMB-KMW** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Brenda Tripicchio hereby voluntarily dismisses her action against all Defendants without prejudice and without costs.

Dated:  July 13, 2020

                                    **DeNITTIS OSEFCHEN PRINCE, P.C.**

By: _____
       Stephen DeNittis, Esq. (SD 0016)
       525 Route 73 North, Suite 410
       Marlton, New Jersey 08053
       (T):  (856) 797-9951
       (F):  (856) 797-9978
       sdenittis@denittislaw.com